```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION



United States of America,      :

          Plaintiff,           :

     v.                        :      Case No. 2:12-mj-11

Victor Colon Rosario,          :
                                      Magistrate Judge Kemp
          Defendant.           :


                            ORDER


     Defendant has moved to hold this Court's order of Commitment
to Another District (#9) in abeyance while he determines whether
to make a request to have this case transferred to this district
under Fed.R.Crim.P. 20.  The motion sets forth good cause and the
motion (#10) is therefore granted.  The Commitment Order is held
in abeyance until further order of the Court.


                         /s/ Terence P. Kemp
                         United States Magistrate Judge
```